UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT VAUGHN, ET AL. | * | CIVIL ACTION NO. 2:17-CV-861 |
| v. | * | JUDGE FOOTE |
| LAKE CHARLES JOINT VENTURE, LLC., ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 22], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Record Document 9] filed by the plaintiffs is **GRANTED**. The above-captioned matter is remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5 day of October, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

1